# UNITED STATES DISTRICT COURT
# THE EASTERN DISTRICT OF NEW YORK

**JOSE TERESO BENITEZ PEREZ**

                            Petitioner,

        **v.**

**JUDITH ALMODOVAR,** Field Office Director of Enforcement and Removal Operations, New York City Field Office, Immigration and Customs Enforcement; **Kristi NOEM,** Secretary, U.S. Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; **HON. Pamela BONDI,** U.S. Attorney General; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; **ANTHONY LAROCCO,** Sheriff of Nassau County, and/or the Warden/Superintendent of the Nassau County Correctional Center **RONALD HARTUNG,** Acting Commissioner of Nassau County Correctional Center

                           Respondents.

**PROPOSED ORDER FOR TO SHOW CAUSE**

Case No.

Upon consideration of Petitioner's Application for Issuance of Order to Show Cause pursuant to 28 U.S.C. § 2243 and Petitioner's Petition for Writ of Habeas Corpus (Dkt. No.   ), IT IS HEREBY ORDERED that:

1.      Respondent(s) shall file a return on the Order to Show Cause why the Petition for Writ of Habeas Corpus should not be granted by _____;

2.      Petitioner shall have an opportunity to file a reply by _____;

3.      This matter shall be heard by this Court on _____ at _____.

1

4.    Service of this Order shall be made by Petitioner on the United States Attorney for the Eastern District of  New York by _____ on _____ and shall constitute good and sufficient service.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE