

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*610 Federal Plaza*
*Central Islip, New York 11722*

March 7, 2026

Honorable Gary R. Brown
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: *Benitez Perez v. Almodovar, et.al.* 26-1336 (Brown, J.)

Dear Judge Brown:

This Office represents Federal Respondents in the above captioned habeas petition filed by Petitioner Jose Tereso Benitez Perez ("Petitioner") on March 6, 2026. Docket Entry ("DE") #1.

This letter is respectfully submitted pursuant to Your Honor's Standing Order dated March 7, 2026. Respondents note that Petitioner was detained at the Nassau County Correctional Facility from March 4 through March 6, 2026 when he was transferred to Delaney Hall in Newark, New Jersey with an arrival time of 4:45 p.m. The petition was filed on March 6, 2026, but Respondents do not know the exact time of the filing with the Court and thus, are unable to determine if this matter should be transferred.

Respondents are not currently in possession of any information, as required by Your Honor's order, of a "particularized reason to believe that Petitioner presents a danger to the community, a flight risk" or any information that Petitioner should be detained due to his involvement with "illegal narcotics, violence, criminal history, firearms [or] gang affiliation, and the like." *See* Standing Order.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:    /s/ Diane C. Leonardo
Diane C. Leonardo
Assistant U.S. Attorney
(631) 715-7854