**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
**JOSE TERESO BENITEZ PEREZ**

                Petitioner,

      - against -

*JUDITH ALMODOVAR*
*Field Office Director of Enforcement and*
*Removal Operations, New York City Field*
*Office, Immigration and Customs*
*Enforcement*, **KRISTI NOEM**
*Secretary, U.S. Department of Homeland*
*Security; U.S. Department of Homeland*
*Security,* **HON. PAMELA BONDI**
*U.S. Attorney General Executive Office for*
*Immigration Review,* ***ANTHONY***
***LAROCCO*** *Sheriff of Nassau County,*
*and/or the Warden/Superintendent of the*
*Nassau County Correctional Center,*
***RONALD HARTUNG*** *Acting*
*Commissioner of Nassau County*
*Correctional Center*

               Respondents.

-------------------------------------------------------X

           **JUDGMENT**
           CV 26-1336 (GRB)

An Order of the Honorable Gary R. Brown, United States District Judge, having been filed on July 10, 2026; granting Petitioner's petition for a writ of habeas corpus 28 U.S.C. § 2241; and directing the Clerk of Court to enter judgment and close the case, it is

      **ORDERED AND ADJUDGED** that Petitioner's petition for a writ of habeas corpus is granted; and that the case is closed.

Dated: July __14__, 2026
      Central Islip, New York

Approved by: _____*/s/ Gary R. Brown*_____
          GARY R. BROWN
          United States District Judge

Dated: July **14**__, 2026
      Central Islip, New York

Approved by: _____
          BRENNA B. MAHONEY
          Clerk of Court